IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHONA A SHEEHAN | § | CASE NO. 09-15585-LBR-7 |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE LINDA B. RIEGLE |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Nationstar Mortgage**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 5555-N-1755
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Nationstar Mortgage

## CERTIFICATE OF SERVICE

      I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before April 22, 2009:

**Debtors' Attorney**
Narrah F Newark
Weiss Weiss Newark & Newark
2300 W. SAHARA #500, BOX 34
LAS VEGAS, NV  89102

**Chapter 7 Trustee**
James F. Lisowski, Sr.
Post Office Box 95695
Las Vegas, Nevada 89193

**U.S. Trustee**
OFFICE OF THE US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

    /s/ Hilary B. Bonial
    _____

    Hilary B. Bonial

5555-N-1755
noaelect